UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  
DION G. MORROW  
TRICIA L. MORROW

CHAPTER 13

CASE NO. 10-70808

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Bank of America NA         **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 7973

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $7,641.27 (Per creditor's amended claim) |
| Amount Paid by Trustee | $7,641.27 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/13/2014            /s/Lydia S. Meyer
                             Lydia S. Meyer, Trustee
                             308 W. State St., Suite 212
                             Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 13th Day of February, 2014.

Dated:  2/13/2014            /s/Cynthia K. Burnard

DION G. MORROW
TRICIA L. MORROW
1209 ARNOLD AVENUE
ROCKFORD, IL  61108

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101

BANK OF AMERICA N.A.
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
5401 N. BEACH STREET
TX2-9770106
FORT WORTH, TX  76137-2733

NOONAN & LIEBERMAN
105 W ADAMS,  SUITE 3000
CHICAGO, IL 60603